The People of Puerto Rico, Plaintiff and Appellee, *v.*
Andrés Soto Figueroa, Defendant and Appellant.

No. 9800.   Argued March 4, 1943.—Decided March 23, 1943.

*Adolfo García Veve* and *Pedro Pérez Pimentel* for appellant.   R. A.
Gómez, *Prosecuting Attorney (Fiscal), Luis Negrón Fernández,
Assistant Prosecuting Attorney,* for appellee.

Mr. Justice Travieso delivered the opinion of the court.

The District Attorney of Humacao filed an information
against the appellant charging that on May 15, 1937, in an
"illegal and voluntary manner he carried on his person a
revolver, which is a weapon capable of inflicting bodily harm,
and with which he killed José Dones." The case having been
submitted on the evidence introduced in the prosecution for
manslaughter, the District Court of Humacao found him
guilty of the crime of carrying a weapon and sentenced him
to six months in jail.

The present appeal assigns only one error, consisting in
the rendering of a judgment which the appellant believes is
contrary to the evidence and the law.

Appellant's contention is that, according to the evidence,
the happenings related to Dones' death took place in the
front yard (*batey*) of a house situated on an estate belong-
ing to Encarnación Millán; that on the day charged in the
information, the accused occupied said house as lessee there-
of; that the road in front of the front yard of the house is
a private road which crosses the estate and that no evidence

for the prosecution was presented which shows that the accused carried the revolver on said road.

We have examined the evidence and find that in truth it is insufficient. None of the witnesses for the prosecution stated categorically that the accused was on the road carrying the gun before or at the moment he made use of the same. One of them testified that he saw the accused in front of his house which abuts on the road; another that he stood between the road and the front yard of his house; another that he stood near a landmark in front of his house; and the last that he was near the road. Appellant's evidence tended to show that he used the weapon in front of his own house; on the front yard in self-defense upon being attacked with a *machete* by José Dones.

The evidence being insufficient in our judgment to sustain the information, the judgment appealed from must be reversed and the accused acquitted.

Mr. Justice De Jesús did not participate herein.